ORIGINAL



**FILED**
DISTRICT COURT OF GUAM
AUG -2 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | USDC Cr. Cs. No. 00-00012-005 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **TERMINATION** |
| ) | |
| CHUNG C. DESCHAINE, ) | |
| Defendant. ) | |

**Re: Completion of Term of Probation**

On November 3, 2000, Chung C. Deschaine was sentenced by the Honorable John S. Unpingco to 21 months imprisonment and three years supervised release for Offering a Bribe to an Agent of an Organization Receiving Federal Funds, in violation of 18 U.S.C. §§666(a)(2) and 2. She was ordered to comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission; not to possess illegal controlled substances and shall submit to one urinalysis within 15 days of release from imprisonment and to two more urinalysis within 60 days thereafter; obtain and maintain employment; and perform 50 hours of community service under the direction of the U.S. Probation Office. On July 18, 2002, Ms. Deschaine's supervised release conditions were modified to include that she participate in an educational/vocational program under the direction of the U.S. Probation Office.

Ms. Deschaine has complied with the terms of her supervised release. On August 13, 2001, she paid his special assessment fee. She completed 50 hours of community service on May 21, 2002. On September 26, 2002, Ms. Deschaine completed the Expanded Food and Nutrition Education Program and the Pre-Employment Training at the University of Guam. During her supervised release term, she maintained consistent self-employment as a farmer since March 2003. On March 1, 2005, Ms. Deschaine submitted to a DNA collection.

Ms. Deschaine's supervised release term expired on June 20, 2005. The U.S. Probation Office has therefore closed its interest in this case.

TERMINATION
Completion of Probation
Re: CHUNG C. DESCHAINE
USDC Cr.Cs. #: 00-00012-005
Page 2

RESPECTFULLY submitted this 28TH day of July 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *(signed)* Judy Anne L. Ocampo

JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

*(signed)*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic David, AUSA
John T. Gorman, Defense Counsel
File

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceeding in the case be terminated.

Dated this 1 day of ~~July~~ aug. 2005.

*(signed)* C. B. Marshall
CONSUELO B. MARSHALL*
UNITED STATES CHIEF DISTRICT JUDGE

RECEIVED
JUL 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

* The Honorable Consuelo B. Marshall, United States Chief District Judge for Central California, by designation.